DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAWTHORNE VILLAGE CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**LAD COMMERCIAL, LLC** and **KATZMAN GARFINKEL, P.A.,**
Appellees.

No. 4D18-2765

[October 17, 2019]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE 11-022582 (03).

Elliot B. Kula, W. Aaron Daniel and Ashley P. Singrossi of Kula & Associates, P.A., Miami, for appellant.

Steven M. Katzman and Charles J. Bennardini of Katzman Wasserman Bennardini & Rubinstein, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***